IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                          CASE NO. 1:94-cr-01036-MP

JAMES R YOUNG,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 112, Motion for Designation of Federal Sentence, filed by James R Young.  In order to effectively resolve the motion, the Court hereby directs the government to file a response by Friday, August 19, 2005, and the Federal Public Defender to file a reply on behalf of the defendant by Friday, September 2, 2005.  The clerk shall ensure that a copy of this order is served on Tom Miller of the Federal Public Defender's office.

    **DONE AND ORDERED** this  *2nd*   day of August, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge