IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                                        CASE NO. 1:94-cr-01036-MP

JAMES R YOUNG,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 121, Motion to Correct Illegal Sentence and Modify PSR, filed by James R Young. Having reviewed the motion, the Court finds that it is merely an attack on his conviction or sentence, which must be brought pursuant to 28 U.S.C. § 2255. However, Mr. Young has previously had a § 2255 petition denied by this Court and did not obtain a certification from the Eleventh Circuit to file a successive petition. Accordingly, the Motion at doc. 121 is denied.

**DONE AND ORDERED** this  *16th*  day of April, 2008

                             *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge