IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      CASE NO. 1:94-cr-01036-MP All Defendants

JAMES R YOUNG,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 159 , Mr. Young's Motion for Reconsideration. In the latest motion, Mr. Young raises the same arguments previously rejected by the order at Doc. 156.  After consideration, the Court concludes that nothing in the motion at Doc. 159 warrants revisiting these issues.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The motion to reconsider, Doc. 159, is denied.

**DONE AND ORDERED** this _22nd_ day of July, 2011

                                   *s/Maurice M. Paul*
                               Maurice M. Paul, Senior District Judge