IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                              CASE NO. 1:94-cr-01036-MP All Defendants

JAMES R YOUNG,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 163, Motion to Correct Judgment, filed by Defendant James R. Young. As Mr. Young has done various times before, he is attempting in Doc. 163 to attack his judgment of conviction or sentence without calling his filing a motion under 28 U.S.C. § 2255, and without first securing permission to file a successive § 2255 motion from the Eleventh Circuit Court of Appeals. This is improper. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The motion to correct judgment, Doc. 163, is summarily denied.

**DONE AND ORDERED** this *4th* day of October, 2011

                              *s/Maurice M. Paul*
                         Maurice M. Paul, Senior District Judge