# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:94-cr-01036-MP

JAMES R YOUNG,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 192, Mr. Young's Notice of Appeal construed as a motion for certificate of appealability, and Doc. 195, Motion for Leave to Appeal in Forma Pauperis. For the reasons stated in the order at Doc. 187, the Court finds that Petitioner fails to make a substantial showing of the denial of a constitutional right and the issues are not adequate enough to deserve encouragement to proceed further. Accordingly, no certificate of appealability is appropriate in this case.

Under Fed. R. App. P. 24(1), a party seeking to proceed *in forma pauperis* on appeal must file a motion with the district court, and the Court, under Fed. R. App. P. 24(a)(4) may certify that the appeal is not taken in good faith and for that reason deny the motion to proceed *in forma pauperis*. For the same reasons as above, the Court hereby certifies that the appeal is not taken in good faith. The motion to proceed *in forma pauperis* on appeal (Doc. 195) is likewise denied.

    **DONE AND ORDERED** this *18th* day of December, 2012

                              *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge