IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.    Case No. 1:94cr1036-MW/GRJ

JAMES R. YOUNG,

    Petitioner,
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 290, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 291. Accordingly

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The amended Motion to Vacate, Set Aside, or Correct Sentence, ECF No. 280, is summarily **DENIED and DISMISSED**. Petitioner's Motion Request for an Emergency Conditional Release Order, ECF No. 282, his Renewed Motion, ECF

1

No. 286, and his Motion for Release to Home Confinement, ECF No. 289, are **DENIED**. A Certificate of Appealability is **DENIED**." The Clerk shall also close the file.

**SO ORDERED on March 11, 2020.**

                                        <u>**s/ MARK E. WALKER**</u>
                                        **Chief United States District Judge**